**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE KANSAS**

**IN RE:**
Hanan Steinzeig

Debtor, Case No: 11-22818-13

## NOTICE OF ALLOWED CLAIMS AND CLASSIFICATION

NOTICE is given that the claims listed have been filed and allowed pursuant to 11 U.S.C.§502 (a). The claim amount and classification listed are pursuant to the confirmed Plan and Orders of the Court as determined by the Trustee. In addition, the debtor's attorney will be paid $2,705.00 through the Plan.

Disbursements of Plan funds to creditors listed and classified has or will commence pursuant to the confirmed Plan and Orders of the Court. Unless an **objection to claims** together with a Notice of Hearing is filed with the Clerk of the Bankruptcy Court on or before August 10, 2012, the claims will be paid as allowed and classified on the following list without further notice.

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #8060
6330 LAMAR
SUITE 110
OVERLAND PARK, KS 66202-4286
(913)677-1311
(913)432-7857(Fax)

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtor and Debtor's Attorney will be served either electronically or via U.S. mail.

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin, Chapter 13 Trustee

Hanan Steinzeig
12334 W. 107th Terrace
Overland Park, KS 66210

# LISTING OF ALLOWED CLAIMS

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 1 | KANSAS DEPT OF REVENUE<br>PO BOX 12005<br>TOPEKA, KS 66612-2005 | $4,230.23 | 0.00 | TBD |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | 98-2000, 05-07 TAXES/PENALTIES | | |
| 2 | NEBRASKA FURNITURE MART INC<br>PO BOX 3000<br>OMAHA, NE 68103 | $2,219.01 | 4.75 | 100.00 |
| | | Monthly Payment: $40.00 | | |
| | Classified as: OTHER SECURED | HOUSEHOLD GOODS | | |
| 3 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $9,377.00 | 4.00 | 100.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: OTHER SECURED | 01-05 TAXES | | |
| 4 | VALLEY VIEW STATE BANK<br>7500 W 95TH<br>OVERLAND PARK, KS 66212 | $1,435.50 | 4.75 | 100.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: SECURED-910 CAR | 04 CHRYSLER SEBRING | | |
| 5 | CANDICA LLC<br>% WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | $996.06 | 0.00 | TBD |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | CREDIT CARD | | |
| 6 | BACK BOWL LLC<br>%WEINSTEIN AND RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | $1,791.55 | 0.00 | TBD |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | CREDIT CARD | | |
| 1003 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $9,139.41 | 0.00 | TBD |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | 05-07 TAXES | | |

**LISTING OF ALLOWED CLAIMS**

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| | Total: | $29,188.76 | | |

As of the date of this report, we estimate this Plan should run 51 more months. Please be aware that any number of modifications can affect the Plan length and/or the Percent to be Paid, and as such these numbers can change.